**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:  Case No. **6:17-bk-05371-CCJ**
Chapter 7

**Giovanni Nicholas Livera, Jr** and
**Tracy Livera**,
                                    Debtor(s). **/**

## NOTICE OF PRELIMINARY HEARING

**PLEASE TAKE NOTICE** that a Hearing has been set before the Honorable Cynthia C. Jackson, United States Bankruptcy Judge, on **Tuesday, November 12, 2019 at 2:45 p.m.**, in Courtroom 6D, 6th Floor, at the United States Bankruptcy Court, George C. Young Federal Building, 400 W. Washington St., Orlando, FL 32801, to consider and act upon the following:

*Chapter 7 Trustee's Motion to Approve Consented Short Sale of Non-Homestead Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m)* (Docket No. 24)

and transact such other business as may properly come before the Court.
All exhibits must be pre-marked and listed in accordance with Local Rule 9070-1.
Appropriate Attire: You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

**RESPECTFULLY SUBMITTED** this October 20, 2019.

/s/ *Kristen L. Henkel*
Kristen L. Henkel, Esquire
Florida Bar No. 81858
M. E. Henkel, P.A.
3560 S. Magnolia Ave.
Orlando, Florida 32806
Telephone: 407-438-6738
Facsimile : 407-858-9466
khenkel@mehenkel.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 20, 2019, a true and correct copy of the foregoing *Notice of Hearing*, has been filed with the Court and furnished via electronic noticing through the CM-ECF System to all parties requesting such notice and via first class U.S. Mail postage-prepaid, to all parties-in-interest not receiving electronic notices, who are listed in the matrix attached hereto and obtained from the U. S. Clerk of the Bankruptcy Court on October 20, 2019.

Additional copies furnished by Certified Mail to: Wells Fargo Bank, N.A., c/o Neil Pritchard, Portfolio Manager, Wells Fargo Credit Management Group, Two Wells Fargo Center, 301 South Tryon St., T-30 MAC D1130-305, Charlotte, NC 28288; and Wells Fargo Bank, N.A. c/o Carrie Meyer, Vice President, 4101 Wiseman Boulevard, Building 203, 1st Floor, MAC: T7416-01H, San Antonio, TX 78251, *Judgment Creditor*; and John M. Brennan, Esq., Gray Robinson, P.A., P.O. Box 3068, Orlando, FL 32802-3068, *Attorney for Judgment Creditor*.

/s/ *Kristen L. Henkel*
Kristen L. Henkel