ORDERED.

**Dated:  November 18, 2019**

Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re :                                                                     Case No. **6:17-bk-05371-CCJ**
                                                                             Chapter 7

**Giovanni Nicholas Livera, Jr** and
**Tracy Livera**,
                             Debtor(s).
_____/

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE**
**CONSENTED SHORT SALE OF NON-HOMESTEAD REAL PROPERTY FREE**
**AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS**
**PURSUANT TO 11 U.S.C. § 363(b), (f), AND (m)**

        THIS CASE came on for a hearing on November 12, 2019 at 2:45 p.m., on Chapter 7 Trustee's
Motion to Approve Consented Short Sale of Non-Homestead Real Property Free and Clear of Liens,
Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m), dated October 20, 2019,
(the "Motion," docket no. 24).  Trustee's Special Counsel, Kristen L. Henkel, appeared.  Said Motion was
served on all interested parties and no responses have been received by the Court. Therefore, the Court
considers the matter to be unopposed and having reviewed the Motion, the file, and being otherwise
apprised on the premises,

        Accordingly, it is

1.   ORDERED that the Chapter 7 Trustee's Motion to Approve Consented Short Sale of Non-Homestead
     Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §
     363(b), (f), and (m), is approved, and the Trustee is authorized to sell the estate's interest in said
     property, as follows :

2.  The property to be sold is more particularly described as :

> **Beginning at a point 805.0 feet North and 373 feet West of the SE Corner of the NW ¼ of the NE ¼ of Section 36, Township 21 South, Range 30 East, run West 333.95 feet to the East shore of Bear Gully Lake, run thence in a Northeasterly direction along the Easterly shore of said Lake 111.51 feet, run thence East 284.6 feet, run thence South 100 feet to the point of beginning, including riparian rights, Public Records of Seminole County, Florida, also referred to as Lot 8 of the recorded survey for R.E. Purvis.**
>
> **Together with a private road right-of-way for ingress and egress from Tuscawilla-Gabriella Road to the above-described property over the following described land:**
>
> **Begin 505 feet North and 25 feet East of the SE corner of the NW ¼ of the NE ¼ of Section 36; Township 21 South, Range 30 East for point of beginning; run West 373 feet, thence North 400.0 feet, thence East 25 feet, thence South 375.00 feet, thence East 348 feet, thence South 25 feet to point of beginning.**
>
> **Parcel ID No. 36-21-30-501-0000-0080**
> **a/k/a 4455 Old Bear Run, Winter Park, FL 32792**

3. The property shall be sold to the following buyer for the sales price indicated :

|  | Sales Price |
|---|---|
| **Helion Investments, LLC** | **$ 1,020,000.00** |
| 5703 Red Bug Lake Rd., Suite 370 | |
| Winter Springs, FL 32708 | |

4. Trustee has represented that no closing costs are to be paid by the Estate and she obtained short sale approval from the first mortgage holder, Deutsche Bank Trust Co., who has authorized the following to be paid from the sales price : normal closing costs, realtor fees and costs, sums necessary to satisfy the existing mortgage, prorated 2019 real estate taxes, Judgment Creditor settlement, and bankruptcy estate carve out, as described in the Motion.

5.  Trustee has obtained short sale approval from Judgment Creditor, Wells Fargo Bank, N.A., that, upon entry of this order approving the sale on the terms and conditions set forth herein, and Judgment Creditor's receipt of $6,000.00 from the purchase price to be paid at closing to occur no later than November 30, 2019, Judgment Creditor shall release its lien on the property described above, and any proceeds thereof, arising by virtue of the Final Deficiency Judgment recorded in Official Records Book 8182, Page 1108, and in Official Records Book 8184, Page 88, Public Records of Seminole County, Florida.  Upon entry of this Order approving the sale of the property on the terms and conditions set forth herein, and Judgment Creditor's receipt of the $6,000.00 by wire transfer instructions to be provided by Judgment Creditor,

Judgment Creditor shall execute and deliver to Trustee, a Partial Release of Judgment as to the property, in the form attached to the Motion, to be recorded in the Public Records of Seminole County, Florida.

6.  Notice of the Motion was property served upon Wells Fargo Bank, N.A., c/o Neil Pritchard, Portfolio Manager, Wells Fargo Credit Management Group, Two Wells Fargo Center, 301 South Tryon St., T-30 MAC D1130-305, Charlotte, NC 28288, *Judgment Creditor*; and John M. Brennan, Esq., Gray Robinson, P.A., P.O. Box 3068, Orlando, FL 32802-3068, *Attorney for Judgment Creditor*.  No responses were received.  Thus, to the extent any creditor, other than the Secured Creditor, asserts an interest or secured claim against the property, such creditor is deemed to have consented to entry of this Order, and such creditor's claim shall not be a secured claim.

7.  Trustee is authorized to transfer title to the property by Trustee's Deed, conveying the interest of the estate,  subject to all encumbrances, including current taxes, assessments, zoning, restrictions, and other requirements imposed by governmental authorities, restrictions and other matters appearing on the plat or otherwise common to the subdivision and/or condominium, and public utility easements of record.

8. The Estate shall provide to buyer, a certified copy of the Order approving sale, certified copy of Notice of Commencement and certified copy of docket, reflecting no objection to the sale, or if any, that said objections have been overruled by Court Order.

9.  The 14-day stay pursuant to Rule 6004(h) is hereby waived.

Attorney Kristen L. Henkel is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of services within 3 days of entry of the Order.